# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-23-00198-CV

---

**In re David Dillard**

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). We

lift the stay of the proceedings in the underlying case. *See id*. R. 52.10.

---

Darlene Byrne, Chief Justice

Before Justices Chief Justice Byrne, Justices Baker and Smith

Justice Baker concurring with opinion to follow.

Filed: December 29, 2023